

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

January 6th, 2023

Honorable Magistrate Willis
United States District Court
40 Foley Sq.
New York, New York 10007

Re: Jones v. Dandurand Drug Co., Inc.; 1:22-cv-7263-PGG

To the Honorable Magistrate Willis:

 Plaintiff submits this letter-motion respectfully to seek an adjournment of the initial pretrial conference, currently scheduled for January 10th, 2023. The Parties are currently actively working towards an early resolution o the matter and respectfully request that the conference be adjourned for the sake of judicial efficiency. The Parties seek a thirty day adjournment of the conference to February 10, 2023, or a date thereafter more convenient to the Court. This is the first time this request is being made and both Parties consent.

The Parties thank the Court for its attention and consideration herein.

Respectfully,

/s/ Mars Khaimov

The motion to adjourn is GRANTED. The Initial Case Management Conference is adjourned until February 16, 2023, at 10:30 AM.

_Jennifer E. Willis_
Jennifer E. Willis
United States Magistrate Judge

January 9, 2023

