**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAMON JONES, *on behalf of himself and all*
*others similarly situated*,

|  |  |
|---|---|
| Plaintiff, | **ORDER** |
| -against- | **22-CV-7263 (PGG) (JW)** |

DANDURAND DRUG CO., INC.,

                               Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        This action is scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **February 16, 2023** at **10:30 AM**.  The Parties have not filed their proposed scheduling order.  See Dkt. No. 13.  The Parties are instructed to do so by end of day on **February 15, 2023**.

        SO ORDERED.

DATED:     New York, New York
              February 14, 2023

                                   *Jennifer E. Willis*
                                   JENNIFER E. WILLIS
                               United States Magistrate Judge